UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 10-55(KSH) |
| v. | : | |
| WILLIAM RODRIGUEZ | : | <u>ORDER</u> |

The defendant having entered a plea of guilty on July 26, 2010, and his true name having been admitted by the defendant to be RAFAEL RUIZ,

IT IS HEREBY ORDERED, that the docket in the above-named action will be amended to reflect the defendant's true name, RAFAEL RUIZ, and all such related documents in this matter, including the documents submitted relating to the plea and sentence in this matter shall so reflect the defendant's true name.

IT IS HEREBY FURTHER ORDERED, that the name William Rodriguez shall be amended on the Information filed in this matter to reflect the defendant's true name, RAFAEL RUIZ.

 /s/ Katharine S. Hayden
KATHARINE S. HAYDEN
United States District Judge