Fax sent by : 8569684917    01-19-11 06:01p   Pg: 1/2
Case 2:10-cr-00055-KSH   Document 54   Filed 01/31/11   Page 1 of 3 PageID: 77
Fax sent by : 8569684917    01-19-11 03:21p   Pg: 2/3

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :   Hon. Faith S. Hochberg
                              Crim. No. 10-055
          v.             :
                              CONTINUANCE ORDER
SANTIAGO MALDONADO and   :
WILMER MANYOMA

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by David L. Foster, Assistant U.S. Attorney), and defendants Santiago Maldonado (by Jason LeBoeuf, Esq.) and Wilmer Manyoma (by David Glazer, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and each of the defendants being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendants have consented to an additional continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time

Fax sent by : 8569684917                                      01-19-11 06:01p   Pg:  2/2
Case 2:10-cr-00055-KSH   Document 54   Filed 01/31/11   Page 2 of 3 PageID: 78
                                                              01-19-11 03:22p   Pg:  3/3

to finalize a plea agreement, which would render trial of this matter unnecessary;

    2. Defendants have consented to the aforementioned continuance; and

    3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 21st day of January, 2011,

IT IS ORDERED that defense motions shall be filed by March 5, 2011, the government's reply shall by filed by March 26, 2011, the defense surreply, if any, shall be filed by April 2, 2011, and the trial is scheduled for April 12, 2011; and

IT IS FURTHER ORDERED that the period from January 19, 2011, through March 20, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. FAITH S. HOCHBERG
United States District Judge

David Foster
Assistant U.S. Attorney

David Glazer
Attorney for Wilmer Manyoma

Jason LeBoeuf
Attorney for Santiago Maldonado

to finalize a plea agreement, which would render trial of this matter unnecessary;

  2. Defendants have consented to the aforementioned continuance; and

  3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

  WHEREFORE, on this _____ day of January, 2011,

IT IS ORDERED that defense motions shall be filed by March 5, 2011, the government's reply shall by filed by March 26, 2011, the defense surreply, if any, shall be filed by April 2, 2011, and the trial is scheduled for April 12, 2011; and

IT IS FURTHER ORDERED that the period from January 19, 2011, through March 20, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

           HON. FAITH S. HOCHBERG
           United States District Judge

David Foster
Assistant U.S. Attorney

David Glazer
Attorney for Wilmer Manyoma

Jason LeBoeuf
Attorney for Santiago Maldonado